## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DIVERSIFIED CORPORATE RESOURCES,** | ) | |
| **INC., SABATINO GUERRIERO, DAVID** | ) | |
| **SMITH, and MATTHEW D'AGOSTINO,** | ) | |
| | ) | **C. A. No. 04 10828 DPW** |
| Plaintiffs, | ) | **(transferred from the Northern** |
| | ) | **District of Texas, Dallas Division)** |
| v. | ) | |
| | ) | |
| **OXFORD GLOBAL RESOURCES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Diversified Corporate Resources, Inc.

dismisses its claims in this action against Oxford Global Resources, Inc.  By filing this notice,

plaintiff does not waive its objections to personal jurisdiction of this Court.

DIVERSIFIED CORPORATE RESOURCES, INC.,

By its attorneys,

/s/Christa von der Luft_____
Christa von der Luft (BBO#600362)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 439-2000

Date: June 30, 2004

1336430.1